The People of the State of New York ex rel. The Coney Island Jockey Club, Respondent, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.  (Taxes of 1912.)— Order affirmed, with ten dollars costs and disbursements.  We think that the findings of the Special Term as to the excessiveness of the assessment were justified by the evidence irrespective of the question of the amount of the assessments of previous years.  Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. William W. Kenerson, Appellant, v. Leonard Ruoff, as County Clerk of the County of Queens, State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

H. Bridgman Smith Company, Respondent, v. Mace Manufacturing Company, Appellant.— Judgment and order of the County Court of Kings County affirmed, with costs.  No opinion.  Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

United States Title Guaranty Company, Respondent, v. Le Corn Building Company, Appellant.— Judgment and order of the County Court of

---

* See Consol. Laws, chap. 31 (Laws of 1909, chap. 36), § 200, as amd. by Laws of 1910, chap. 352.— [REP.